FILED

FEB 1 8 2021

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (MITCHELL D. DEMBIN, MAGISTRATE JUDGE)

| UNITED STATES OF AMERICA, | CASE NO.: 20 CR 2231 DMS |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO CLOSE INTEREST BEARING ACCOUNT AND DISBURSE FUNDS** |
| LUIS RANGEL | |
| Defendant. | |

**BOND HAVING BEEN EXONERATED and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the Clerk release the amount of $2500.00, plus interest, forthwith from the interest bearing account in the above entitled case. The funds shall be sent to:

**IT IS FURTHER ORDERED** that the Clerk is authorized to deduct a fee for the handling of all funds deposited with the court and held in interest bearing accounts or instruments. The fee must be equal to that authorized by the Judicial Conference of the United States and set by the Director of Administrative Office of the United States Court.

**IT IS FURTHER ORDERED** that the funds be returned forthwith and not held for a period if time to see if an appeal is filed pursuant to Local Rule 67.1.

**IT IS SO ORDERED.**

Dated: 2/18/2021

_/s/ Mitchell D. Dembin_
Mitchell D. Dembin
United States Magistrate Judge